UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN E. STAFFORD,

    Plaintiff,                                  Case No. 3:22-cv-136

vs.

SUGARCREEK TOWNSHIP, *et al.*,        District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE VIDEO RECORDINGS MANUALLY (Doc. No. 172); (2) GRANTING DEFENDANTS' MOTION TO FILE A DOCUMENT UNDER SEAL (Doc. No. 182); (3) PERMITING DEFENDANTS TO FILE AN EXHIBIT UNDER SEAL (Doc. No. 182); AND (4) GRANTING DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE A THUMB DRIVE CONTAINING ELECTRONIC MEDIA (Doc. No. 184)**

---

This case is presently before the Court on Defendants' unopposed motion for leave to file video recordings manually (Doc. No. 172), Defendants' unopposed motion to file a document under seal (Doc. No. 182), and Defendants' unopposed motion for leave to manually file a thumb drive containing electronic media (Doc. No. 184).

For good cause shown, Defendants Michael Brown, Adam Klark, Leslie Stayer, Sugarcreek Township, Sugarcreek Township Police Department, and Mark D. White's motion for leave to manually file video recordings is **GRANTED.**

The Court finds that, pursuant to S.D. Ohio Civ. R. 5.2.1, Defendants Michael Brown, Adam Klark, Leslie Stayer, Sugarcreek Township, Sugarcreek Township Police Department, and Mark D. White's unopposed motion for leave to file under seal is **GRANTED**. Good cause to file under seal exists because the exhibit concerning a business profit and loss statement contains confidential, proprietary, or other commercially sensitive information that is not publicly available

and should not be publicly available. Defendants are **PERMITTED** to file a document concerning a business profit and loss statement under seal. The Clerk of Court is **INSTRUCTED** to accept this document as filed under seal.

For good cause shown, Defendants James Brown and WHIO-TV's motion for leave to manually file a thumb drive containing electronic media is **GRANTED.**

**IT IS SO ORDERED.**

September 30, 2024                       s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge